# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

TROY ALAN CROMLEIGH,  )
         Plaintiff, )
          )    C.A. No. 13-172 Erie
          )

## MEMORANDUM ORDER

This prisoner civil rights action was received by the Clerk of Court on June 20, 2013, and was referred to United States Magistrate Judge Susan Paradise Baxter for report and recommendation in accordance with the Magistrates Act, 28 U.S.C. § 636(b)(1), and Rules 72.1.3 and 72.1.4 of the Local Rules for Magistrates. The magistrate judge's report and recommendation, filed on August 30, 2013, recommended that this case be dismissed for Plaintiff's failure to prosecute. Service was made on Plaintiff by mail at SCI Forest, where he is incarcerated. Objections were filed by Plaintiff on September 9, 2013. After de novo review of the petition and documents in the case, together with the report and recommendation and objections thereto, the following order is entered:

      AND NOW, this 1st Day of October, 2013;
      IT IS HEREBY ORDERED that this case is DISMISSED for Plaintiff's failure to prosecute.

The report and recommendation of Magistrate Judge Baxter, dated August 30, 2013, is adopted as the opinion of the court.

/s Terrence F. McVerry
TERRENCE F. McVERRY
United States District Judge

cc: Susan Paradise Baxter
U.S. Magistrate Judge

all parties of record ____